FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 SEP -1 PM 2: 44

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:05CR3077 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| THOMAS JOHNSON, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial now set for September 7, 2005, for approximately 45 to 60 days. Filing _____. The Court, being fully advised in the premises, finds that said motion should be granted. *in part*

IT IS THEREFORE ORDERED that the defendant's trial shall be continued to the 11th day of October, 2005, at 9:00 a.m. This Court further finds, based upon the showing set forth in defendant's motion, that the ends of justice will be served by extending defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from August 30, 2005, until the date next set for defendant's trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 1st day of September, 2005.

BY THE COURT:

*/s/ David L. Piester*
The Honorable David L. Piester
United States Magistrate Judge